**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 4:20-CR-124-4** |
| | ) | |
| **JONTAE KEEL** | ) | |
| **a/k/a "BIYAH"** | ) | |

**ORDER**

Pending before the Court is Jontae Keel (Claimant's) *pro se* motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g). Doc. 1575. Specifically, Defendant seeks the return of property seized on July 22, 2020, that was not forfeited as part of the judgment in this case. The Government filed its response (Doc. 1579) on July 21, 2026. Claimant filed a Reply to Response (Doc. 1586) on August 10, 2026. The Government filed its response (Doc. 1588) on August 17, 2026. The Government asserts that this Court should deny Claimant's request because the administrative forfeiture proceeding was properly conducted and the Court lacks jurisdiction over Defendant's instant Motion.

The Court, having read and considered the Claimant's motion and the Government's response, **DENIES** the Claimant's motion.

**SO ORDERED**, this 31st day of August, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA